**UNITED STATES OF AMERICA,**
Appellee,

v.

**James A. WILLIS, also known as Jimmy Willis, Appellant.**

No. 00–3117.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 15, 2001.

Decided Feb. 21, 2001.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

James Willis appeals from the district court's[1] denial of his motion to unseal wiretap evidence. Having carefully reviewed the record, we affirm. *See* 8th Cir. R. 47B.